# DIV. O

### JUDGE
### ROSS P. LaDART

| | |
|---|---|
| ROBERT WEINMANN, CHAMPION CHRYSLER-DODGE-JEEP, and METAIRIE CAPITAL, LLC, dba VETERANS FORD | 24TH JUDICIAL DISTRICT COURT |
| **VERSUS** | PARISH OF JEFFERSON |
| | STATE OF LOUISIANA |
| ZURICH AMERICAN INSURANCE, COMPANY, UNIVERSAL UNDERWRITERS INSURANCE COMPANY, DORIS T. BOBADILLA, and GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PROFESSIONAL LAW CORPORATION | DOCKET NO.: 1032-989 |

---

## PETITION FOR DECLARATORY JUDGMENT
## AND FOR DAMAGES

---

NOW INTO **COURT**, through undersigned counsel, come **ROBERT WEINMANN, CHAMPION CHRYSLER-DODGE-JEEP**, and **METAIRIE CAPITAL, LLC, dba VETERANS FORD** ("Plaintiffs"), who respectfully represent the following.

### PARTIES

1.

Plaintiff, **ROBERT WEINMANN** ("Weinmann"), is a person of the full age of majority and a domiciliary and resident of the Parish of Jefferson, State of Louisiana.

2.

Plaintiff, **CHAMPION CHRYSLER-DODGE-JEEP**, is a Mississippi limited liability company domiciled in Gulport, Mississippi ("Champion").

3.

Plaintiff, **METAIRIE CAPITAL, LLC** ("Metairie Capital"), is a Louisiana limited liability company domiciled in Jefferson Parish, Louisiana.

4.

**VETERANS FORD** is the trade name of Metairie Capital, which is registered in the State of Louisiana.

5.

Made Defendants (collectively, "Defendants") herein are:

ISSUED 4/101 cit + pet
DATE 02-02-10
Um. C
Deputy Clerk

EXHIBIT
A

(a) **ZURICH AMERICAN INSURANCE COMPANY** ("Zurich"), a foreign insurance company authorized to do and doing business in the State of Louisiana;

(b) **UNIVERSAL UNDERWRITERS INSURANCE COMPANY** ("Universal Underwriters"), a foreign insurance company authorized to do and doing business in the State of Louisiana;

(c) **DORIS T. BOBADILLA** ("Bobadilla"), a person of the full age of majority and a resident of the Parish of St. Tammany, State of Louisiana; and

(d) **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PROFESSIONAL LAW CORPORATION** ("Galloway"), a Louisiana professional law corporation, domiciled in Orleans Parish, Louisiana.

## FACTS

6.

Upon information and belief, Zurich writes policies of Commercial Property & Liability insurance in the State of Louisiana.

7.

Upon information and belief, Universal Underwriters is an underwriter of Commercial Property & Liability insurance polices in the State of Louisiana.

8.

Upon information and belief, Universal Underwriters underwrites Commercial Property & Liability insurance policies for Zurich in the State of Louisiana.

9.

Upon information and belief, Bobadilla is an attorney at law, licensed to practice in the State of Louisiana.

10.

Galloway is a law firm doing business in New Orleans, Louisiana.

11.

Bobadilla is an attorney with the Galloway firm, and worked for that firm during the timeframe described in ¶¶ 19 – 46. Upon information and belief, Bobadilla was a partner, member, employee or other mandatary or authorized agent of the Galloway firm during her representation of Weinmann, and as a result, the Galloway firm is vicariously liable for her harmful conduct.

2

682989

12.

Upon information and belief, Zurich sells a Commercial Property & Liability insurance product known as a Unicover® policy.

13.

Upon information and belief, Champion is the named insured on a Unicover® insurance policy issued by Defendant Zurich (the "Unicover Policy").

14.

Upon information and belief, the Unicover Policy was underwritten by Universal Underwriters.

15.

Upon information and belief, the Unicover Policy bears Policy Number 8257186.

16.

Upon information and belief, the effective dates of the Unicover Policy material to this litigation were December 10, 2003, through December 10, 2004.

17.

In June of 2004 John Prindle ("Prindle"), an employee of Regency Motors of Metairie ("Regency Motors"), sued Weinmann, Regency Motors, and Metairie Capital (collectively "Weinmann") in the 24th Judicial District of Louisiana in a matter assigned that was assigned Case No. 608-382, Div. "D." ("*Prindle* Litigation").

18.

Prindle alleged that Weinmann had improperly terminated and defamed him.

19.

On August 17, 2005 Weinman addressed a fax letter to Pete Gelsinger ("Gelsinger"), a Regional Claims Manger for Zurich, notifying him that on August, 16, 2005 he had been served with the lawsuit by Prindle (that is, the *Prindle* Litigation).

20.

On January 5, 2006 Universal Underwriters sent a certified letter to Weinmann and Metairie Capital dba Veterans Ford regarding insurance Claim No. 918 000 2233.

IMAGED FEB - 1 2010

3

21.

The letter by Universal Underwriters was sent by Jennifer R. James, Lead Claims Specialist, with a copy to Bobadilla.

22.

The letter described the insurance coverage for Metairie Capital (dba Veterans Ford), and Weinmann, as an employee of Metairie Capital.  Coverage exited because the coverage by Universal Underwriters applied to Champion Chrysler.

23.

The letter stated that for each of the three counts alleged in Prindle's petition, Universal Underwriters would provide certain defense costs and coverage, with each count being subject to a $1,000 deductible.

24.

On February 2, 2009, the parties to the *Prindle* Litigation participated in a mediation conducted at the offices of ADR, Inc., in the State of Louisiana, Parish of Jefferson. This mediation was conducted in an effort to settle the claims in the *Prindle* Litigation, which were the subject of Insurance Claim No. 918 000 2233.

25.

Weinmann, Bobadilla and Gelsinger attended the mediation on behalf of the defendants, and Prindle and his lawyer, Gilbert Buras, attended on behalf of the plaintiff.

26.

During a private conversation at the mediation (without the Plaintiff or his attorney present), Gelsinger told Weinmann that he was authorized to settle the case on behalf of all defendants for $96,000. In response, Weinmann asked him "what is my exposure?"

27.

Bobadilla was present during this conversation.

28.

Gelsinger informed Weinmann that Weinmann's exposure would be limited to a $1,000 deductible.

29.

Weinman told Gelsinger that he believed that his exposure and deductible was $150,000.

IMAGED FEB - 9 2010

4

682989

30.

Gelsinger insisted that Weinmann was wrong, and that the deductible was only $1,000, and referred to a document that purported to support this conclusion, and was adamant that the deductible $1,000.

31.

In reasonable reliance on Gelsinger's assertions regarding the limit of his exposure, Weinmann agreed at the mediation to settle the *Prindle* Litigation.

32.

The mediation concluded, and the *Prindle* Litigation settled for a total of $112,500. This settlement agreement was reduced to writing by the parties' lawyers, including Bobadilla. However, Bobadilla did not include in the written settlement agreement the limit of Weinmann's exposure.

33.

On February 3, 2009 Zurich issued a settlement check in the amount of $112,500 payable to Prindle and his lawyer, which was dispositive of Claim No. 918 000 2233.

34.

Two days after the settlement, Gelsinger sent Weinmann an email stating that his deductible for Claim No. 918 000 2233 was $150,000.

35.

On March 3, 2009, Zurich sent a billing statement to Weinmann that was related to Claim No. 918 000 2233, seeking reimbursement for $92,254.

36.

Zurich continues to assert that it is entitled to reimbursement from Weinmann and Metairie Capital, despite Gelsinger's assertion that the deductible on Claim No. 918 000 2233 was only $1,000.

**LEGAL CLAIMS**

37.

Plaintiffs seek a Declaratory Judgment that neither Zurich nor Universal Underwriters is entitled to any additional money from Weinmann related to Claim No. 918 000 2233.

5

38.

Zurich and Universal Underwriters are barred from seeking reimbursement of any additional money from Plaintiffs because there is no contractual obligation on Plaintiffs' part.

39.

Zurich and Universal Underwriters are also barred from seeking reimbursement of any additional money by the legal doctrine of Detrimental Reliance, as codified in Louisiana Civil Code art. 1967.

40.

Zurich and Universal Underwriters are also barred from seeking reimbursement of any additional money because of the conventional obligation created by the unconditional statements of their agent and mandatary, Gelsinger, to Weinmann at the mediation.

41.

In the event that Zurich or Universal Underwriters are somehow deemed entitled to reimbursement of additional money related to Claim No. 918 000 2233, then such liability should be borne by the Galloway law firm, and/or attorney Bobadilla.

42.

Bobadilla was assigned to represent the interests of Plaintiffs related to the *Prindle* Litigation.

43.

The applicable standard of care and duty of loyalty required Bobadilla to provide conflict-free representation to Weinmann at the mediation, and to champion Weinmann's interests over those of both Prindle and Weinmann's insurer(s).

44.

The applicable standard of care further required Bobadilla to reduce to writing the fact that Weinmann's total exposure in connection with the settlement was to be limited to $1,000.

45.

Bobadilla breached the applicable standard of care by representing Weinmann while laboring under a conflict of interest, and by failing to reduce to writing at the mediation the fact that Weinmann's total exposure in connection with the settlement was to be limited to $1,000.

682989

46.

Bobadilla's breaches of the standard of care caused injury to Weinmann in an amount to be proved at trial.

WHEREFORE, Plaintiffs pray that Defendants be cited and served with a copy of this Petition for Declaratory Judgment and for Damages, and that, after all legal delays and due proceedings had, there be judgment in favor of Plaintiffs, **ROBERT WEINMANN, CHAMPION CHRYSLER-DODGE-JEEP, and METAIRIE CAPITAL, LLC, dba VETERANS FORD,** and against the Defendants, **ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL UNDERWRITERS INSURANCE COMPANY,** declaring that (1) neither **ZURICH AMERICAN INSURANCE COMPANY** nor **UNIVERSAL UNDERWRITERS INSURANCE COMPANY** is entitled to any additional money related to Claim No. 918 000 2233, and (2) for all damages as may be appropriate under Louisiana or other applicable law, all costs of these proceedings, and for legal interest from the date of judicial demand, until paid in full;

Alternatively there should be judgment in favor of Plaintiffs and against **DORIS T. BOBADILLA, GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, A PROFESSIONAL LAW CORPORATION,** for any sums that Plaintiffs might be found to owe to **ZURICH AMERICAN INSURANCE COMPANY** or **UNIVERSAL UNDERWRITERS INSURANCE COMPANY** related to Claim No 918 000 2233 and for all damages as may be appropriate under Louisiana or other applicable law, all costs of these proceedings, and for legal interest from the date of judicial demand, until paid in full.

AND FOR ALL GENERAL AND EQUITABLE RELIEF, to which the Plaintiffs might be entitled.

Respectfully submitted:

Ernest E. Svenson (17164)
The Svenson Law Firm, L.L.C.
643 Magazine St., Suite 102
New Orleans, LA 70130
Tel: (504) 208-5199
Fax: (888) 425-1232

IMAGED FEB - 1 2010

7

682989

_Dane Ciolino_

**Dane S. Ciolino (19311)**
Dane S. Ciolino, L.L.C.
Post Office Box 850848
New Orleans, LA 70185-0848
Tel.: (504) 834-85 19
Fax: (504) 324-0143

Counsel for Plaintiffs, **ROBERT WEINMANN,**
**CHAMPION CHRYSLER-DODGE-JEEP, and**
**METAIRIE CAPITAL, LLC, dba VETERANS**
**FORD**

_PLEASE SERVE_:

Defendant, **ZURICH AMERICAN INSURANCE COMPANY,**
Through its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

CK#225
$60.00
S.O.S.

Defendant, **Universal Underwriters INSURANCE COMPANY,**
Through its Registered Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana  70809

CK#226
$68.72
EBR

Defendant, **DORIS T. BOBADILLA,**
133 Chinchuba Gardens
Mandeville, Louisiana  70471

CK#227
$20.00
N.O.

Defendant, **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH,**
  **A PROFESSIONAL LAW CORPORATION,**
Through its Registered Agent for Service of Process:
John E. Galloway
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139

**IMAGED** FEB - 1 2010

8

682989

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;          100202-7496-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD
versus                                                        Case: 682-989   Div: "O"
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL      P 1 ROBERT WEINMANN
UNDERWRITERS INSURANCE COMPANY, DORIS T
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

To: ZURICH AMERICAN INSURANCE COMPANY
THRU LOUISIANA SECRETARY OF STATE                 SS# 225 $50.00
8585 ARCHIVE AVE                                  EBR# 226 $58.72
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_____
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;          100202-7496-4

Received:_____    Served:_____    Returned:_____

Service was made:
___ Personal        ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ #_____
                    Deputy Sheriff
Parish of: _____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;          100202-7497-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD
versus                                                    Case: 682-989   Div: "O"
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL     P 1 ROBERT WEINMANN
UNDERWRITERS INSURANCE COMPANY, DORIS T
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

To: UNIVERSAL UNDERWRITERS INSURANCE
COMPANY
THRU LOUISIANA SECRETARY OF STATE               SS# 225 $50.00
8585 ARCHIVES AVE                               EBR# 226 $58.72
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_____
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;          100202-7497-2

Received:_____   Served:_____   Returned:_____

Service was made:
    ___ Personal        ___ Domiciliary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts _____ times
    ___ Vacant                 ___ Received too late to serve
    ___ Moved                  ___ No longer works at this address
    ___ No such address        ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                      Deputy Sheriff
Parish of: _____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;    100202-7498-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD
versus
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL   Case: 682-989  Div: "O"
UNDERWRITERS INSURANCE COMPANY, DORIS T        P 1 ROBERT WEINMANN
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

To: DORIS T. BOBADILLA
133 CHINCHUBA GARDENS
MANDEVILLE LA 70471

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_____
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;    100202-7498-0

Received:_____   Served:_____   Returned:_____

Service was made:
   ___ Personal     ___ Domiciliary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant            ___ Received too late to serve
   ___ Moved            ___ No longer works at this address
   ___ No such address    ___ Need apartment / building number
   ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
               Deputy Sheriff
Parish of: _____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;        100202-7499-8

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD
versus
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL
UNDERWRITERS INSURANCE COMPANY, DORIS T
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

Case: 682-989   Div: "O"
P 1 ROBERT WEINMANN

To: GALLOWAY JOHNSON TOMPKINS BURR AND
SMITH A PROFESSIONAL LAW CORPORATION
THROUGH ITS REGISTERED AGENT FOR SERVICE OF
PROCESS:
JOHN E. GALLOWAY
701 POYDRAS STREET
SUITE 4040
NEW ORLEANS LA 70139

NO# 227 $20.00

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_____
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;        100202-7499-8

Received:_____     Served:_____     Returned:_____

Service was made:
___ Personal          ___ Domiciliary _____

Unable to serve:
___ Not at this address      ___ Numerous attempts _____ times
___ Vacant                   ___ Received too late to serve
___ Moved                    ___ No longer works at this address
___ No such address          ___ Need apartment / building number
___ Other _____

Service: $_____      Mileage: $_____      Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;        100202-7499-8

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD
versus                                                      Case: 682-989   Div: "O"
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL      P 1 ROBERT WEINMANN
UNDERWRITERS INSURANCE COMPANY, DORIS T
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

To:  GALLOWAY JOHNSON TOMPKINS BURR AND
SMITH A PROFESSIONAL LAW CORPORATION
THROUGH ITS REGISTERED AGENT FOR SERVICE OF
PROCESS:
JOHN E. GALLOWAY                                   NO# 227 $20.00
701 POYDRAS STREET
SUITE 4040
NEW ORLEANS LA 70139



PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_____
                         Masie  Comeaux
                         Masie A Comeaux, Deputy Clerk of Court for
                         Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;        100202-7499-8

Received: 2/5/10   Served: 2/8/10   Returned 2/8/10

Service was made:
       ✓ Personal       ___ Domiciliary _____

Unable to serve:
       ___ Not at this address    ___ Numerous attempts _____ times
       ___ Vacant                 ___ Received too late to serve
       ___ Moved                  ___ No longer works at this address
       ___ No such address        ___ Need apartment / building number
       ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by: _____   # _____
                    Deputy Sheriff

Parish of: _____

1:27 P.M.   IMAGED FEB 17 2010

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;          100202-7497-2

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD          Case: 682-989    Div: "O"
   versus                                          P 1 ROBERT WEINMANN
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL
UNDERWRITERS INSURANCE COMPANY, DORIS T
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

To: UNIVERSAL UNDERWRITERS INSURANCE
COMPANY                                            SS# 225 $50.00
THRU LOUISIANA SECRETARY OF STATE                 EBR# 226 $58.72
8585 ARCHIVES AVE
BATON ROUGE LA 70809

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_Masie Comeaux_

Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

_____
(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;          100202-7497-2

Received:_____    Served:_____    Returned:_____

Service was made:
    ___ Personal         ___ Domicilary _____

Unable to serve:
    ___ Not at this address    ___ Numerous attempts ____ times
    ___ Vacant                 ___ Received too late to serve
    ___ Moved                  ___ No longer works at this address
    ___ No such address        ___ Need apartment / building number
    ___ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____
                        Deputy Sheriff
Parish of: _____

**IMAGED** FEB 19 2010

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;        100202-7496-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD
   versus
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL
UNDERWRITERS INSURANCE COMPANY, DORIS T
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

Case: 682-989    Div: "O"
P 1 ROBERT WEINMANN

To: ZURICH AMERICAN INSURANCE COMPANY
THRU LOUISIANA SECRETARY OF STATE
8585 ARCHIVE AVE
BATON ROUGE LA 70809

SS# 225 $50.00
EBR# 226 $58.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_Masie Comeaux_

Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;        100202-7496-4

Received:_____     Served:_____     Returned:_____

Service was made:
   ___ Personal        ___ Domiciliary _____

Unable to serve:
   ___ Not at this address    ___ Numerous attempts _____ times
   ___ Vacant              ___ Received too late to serve
   ___ Moved               ___ No longer works at this address
   ___ No such address     ___ Need apartment / building number
   ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____     #_____
           Deputy Sheriff
Parish of: _____

FEB 09 2010

made service on the named party

by tendering a copy of this document to

Office of the Secretary of State

JULIE NESBITT

John Labatut

Deputy Sheriff, Parish of East Baton Rouge, Louisiana

IMAGED FEB 19 2010

# RETURN

(161) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;      100202-7498-0

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE
JEEP, METAIRIE CAPITAL LLC, VETERANS FORD
  versus
ZURICH AMERICAN INSURANCE COMPANY, UNIVERSAL
UNDERWRITERS INSURANCE COMPANY, DORIS T
BOBADILLA, GALLOWAY JOHNSON TOMPKINS BURR
AND SMITH A PROFESSIONAL LAW CORPORATION

Case: 682-989   Div: "O"
P 1 ROBERT WEINMANN

To: DORIS T. BOBADILLA
133 CHINCHUBA GARDENS
MANDEVILLE LA 70471

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PET FOR DECLARATORY
JUDG AND FOR DAMAGES of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the
Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service
hereof, under penalty of default.

This service was requested by attorney ERNEST E. SVENSON and was issued by the Clerk Of Court
on the 2nd day of February, 2010.

_____
Masie A Comeaux, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PET FOR DECLARATORY JUDG AND FOR DAMAGES;      100202-7498-0

Received:_____   Served:_____   Returned:_____

Service was made:
____ Personal

Unable to serve:
____ Not at this a
____ Vacant
____ Moved
____ No such addi
____ Other _____

Service: $_____

Completed by:_____

Parish of: _____

____ Domiciliary ____
(26)682989 - 1.00 -- CIT
Served DOM on
DORIS T. BOBADILLA at
133 Chinchuba GD, MANDEVILLE
Service Date & Time: 2/11/2010 10:56:00AM
sitter

3716 - BENITEZ, RICKY, St. Tammany Parish

IMAGED FEB 18 2010

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.  682-989                                        DIVISION "O"

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE JEEP,
METAIRIE CAPITAL, LLC, VETERANS FORD

VERSUS

ZURICH AMERICAN INSURANCE CO., UNIVERSAL UNDERWRITERS
INSURANCE CO., DORIS T. BOBADILLA, GALLOWAY, JOHNSON,
TOMPKINS, BURR AND SMITH, APLC

FILED: _____          _____
                                              DISTRICT JUDGE

### REQUEST FOR NOTICE

Pursuant to La. Code Civ. Proc. art.1572, defendants Universal Underwriters and Zurich

American Insurance Co. move this Honorable Court for written notice ten (10) days in advance of

the date fixed for trial or hearing on any exception, motion, rule or trial on the merits in the above

captioned proceedings, and pursuant to La. Code Civ. Proc. arts. 1913 and 1914, request immediate

notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the

trial on the merits in the captioned proceedings.


Respectfully submitted,

GAUDRY, RANSON, HIGGINS &
GREMILLION, L.L.C.

/s/ Michael D. Peytavin
MICHAEL D. PEYTAVIN (#14315)
401 Whitney Avenue, Suite 500
Gretna, LA 70056
Telephone: (504) 362-2466  Fax: (504) 362-5938
E-mail: mpeytavin@grhg.net
Counsel for Zurich American Insurance Co. and
Universal Underwriters

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 25th day of February, 2010, served a copy of the foregoing
pleading on counsel for all parties to this proceeding, by mailing same by United States mail,
properly addressed, and first class postage prepaid.

/s/ Michael D. Peytavin

E-Filed:02/25/2010 15:54:02  Case:682989  Div:O  Atty:014315 MICHAEL D PEYTAVIN

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 682-989                                                    DIVISION "O"

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE JEEP,
METAIRIE CAPITAL, LLC, VETERANS FORD

VERSUS

ZURICH AMERICAN INSURANCE CO., UNIVERSAL UNDERWRITERS
INSURANCE CO., DORIS T. BOBADILLA, GALLOWAY, JOHNSON,
TOMPKINS, BURR AND SMITH, APLC

FILED: _____        _____
                                                    DISTRICT JUDGE

**CONSENT MOTION FOR EXTENSION OF TIME TO
FILE RESPONSIVE PLEADINGS**

NOW INTO COURT, through undersigned counsel, come Universal Underwriters and

Zurich American Insurance Company, and move the Court for an extension of time of 30 days, or

until March 25, 2010, within which to file responsive pleadings in this matter. Counsel for plaintiffs

consents to this extension of time. This is the first request for an extension of time by Universal

Underwriters and Zurich American Insurance Company.

WHEREFORE, Universal Underwriters and Zurich American Insurance Co. pray that this

Court issue an Order granting an extension of time until March 25, 2010, within which Universal

Underwriters and Zurich American Insurance Co. may file responsive pleadings in this matter.

Respectfully submitted,

GAUDRY, RANSON, HIGGINS &
GREMILLION, L.L.C.

/s/ Michael D. Peytavin
MICHAEL D. PEYTAVIN (#14315)
401 Whitney Avenue, Suite 500
Gretna, LA 70056
Telephone: (504) 362-2466 Fax: (504) 362-5938
E-mail: mpeytavin@grhg.net
Counsel for Zurich American Insurance Co. and
Universal Underwriters

CERTIFICATE OF SERVICE

I hereby certify that I have on this 25th day of February, 2010, served a copy of the foregoing
pleading on counsel for all parties to this proceeding, by mailing same by United States mail,
properly addressed, and first class postage prepaid.

/s/ Michael D. Peytavin

E-Filed:02/25/2010 15:54:05 Case:682989 Div:O Atty:014315 MICHAEL D PEYTAVIN

E-FILED

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.  682-989                                         DIVISION "O"

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE JEEP,
METAIRIE CAPITAL, LLC, VETERANS FORD

VERSUS

ZURICH AMERICAN INSURANCE CO., UNIVERSAL UNDERWRITERS
INSURANCE CO., DORIS T. BOBADILLA, GALLOWAY, JOHNSON,
TOMPKINS, BURR AND SMITH, APLC

### ORDER

Upon consideration of the foregoing Consent Motion by Universal Underwriters and Zurich

American Insurance Company for Extension of Time to File Responsive Pleadings;

IT IS ORDERED, that Universal Underwriters and Zurich American Insurance Company

be and are hereby granted an extension of 30 days or until March 25, 2010, within which to file

responsive pleadings in this matter.

Gretna, Louisiana, this 1st day of _____March_____, 2010.

CODED

_____
DISTRICT JUDGE

G:\0262\2019\PLEADINGS\mot for extension.wpd

E-Filed:02/25/2010 15:54:05   Case:682989   Div:O   Atty:014315 MICHAEL D PEYTAVIN

IMAGED MAR 0 2 '10

2                              24th JDC No. 682-989 Div. O

682-989

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.  682-989

DIVISION  "O"

ROBERT WEINMANN, CHAMPION CHRYSLER DODGE JEEP,
METAIRIE CAPITAL, LLC, VETERANS FORD

VERSUS

ZURICH AMERICAN INSURANCE CO., UNIVERSAL UNDERWRITERS
INSURANCE CO., DORIS T. BOBADILLA, GALLOWAY, JOHNSON,
TOMPKINS, BURR AND SMITH, APLC

FILED: _____

_____
DISTRICT JUDGE

## NOTICE TO STATE COURT OF FILING NOTICE OF REMOVAL

TO:   Hon. Jon A. Gegenheimer
      **Clerk of Court**
      **24th Judicial District Court**
      **Parish of Jefferson**
      **200 Derbigny Street**
      **Gretna, LA 70053**

   **PLEASE TAKE NOTICE** that on March 9, 2010, Zurich American Insurance Co. and

Universal Underwriters Insurance Co., defendants herein, filed a Notice of Removal of the captioned

proceeding in the United States District Court for the Eastern District of Louisiana.  A file-stamped

copy of the Notice of Removal is attached.  Under applicable law, the case is removed from the 24th

Judicial District Court for the Parish of Jefferson, State of Louisiana to the United States District

Court for the Eastern District of Louisiana.

                              Respectfully submitted,

                              GAUDRY, RANSON, HIGGINS &
                              GREMILLION, L.L.C.

                              _____
                              MICHAEL D. PEYTAVIN (#14315)
                              401 Whitney Avenue, Suite 500
                              Gretna, LA 70056
                              Telephone: (504) 362-2466  Fax: (504) 362-5938
                              E-mail: mpeytavin@grhg.net
                              Counsel for Zurich American Insurance Co. and
                              Universal Underwriters

## CERTIFICATE OF SERVICE

   I hereby certify that I have on this 9th day of March, 2010, served a copy of the foregoing
pleading on counsel for all parties to this proceeding, by mailing same by United States mail,
properly addressed, and first class postage prepaid.

                              _____
                              Michael D. Peytavin